CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 10 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP

UNITED STATES OF AMERICA

v.

ANTWAN JOHNSON

Case Number: 2:20CR1

Violation: 18 U.S.C. § 1791(a)(2)

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about January 6, 2020, in the Western District of Virginia, ANTWAN JOHNSON, being an inmate of a federal prison, namely USP Lee, possessed a prohibited object that was designed and intended to be used as a weapon.

2. All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

A TRUE BILL, this 10 day of MARCH, 2020.

s/ GRAND JURY FOREPERSON

/s/ Debbie Stinnett for
THOMAS T. CULLEN
United States Attorney

USAO No.                Page 1 of 1